```
              IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:19-cr-00159-1

ARUN DHAVAMANI

## MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's Motion to Continue Trial Date. (ECF No. 26). For good cause shown, the defendant's motion is **GRANTED**.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that failure to grant a continuance would deny the defendant continuity of counsel.

Accordingly, the court hereby **ORDERS** as follows:

I.    Trial of this action is continued until 9:30 a.m. on September 4, 2019, in Bluefield.

II.   Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 15th day of July, 2019.

**ENTER:**

David A. Faber
Senior United States District Judge