IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 1:19-00159

ARUN DHAVAMANI

**MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's letter-form motion for court-appointed counsel to aid him in filing an appeal and a habeas corpus petition.[1] (ECF No. 91.) Defendant has not yet been sentenced, and his sentencing hearing is scheduled for May 11, 2020. (See ECF No. 90.) Because defendant has not yet been sentenced, he is not able to appeal his sentence or file a petition for writ of habeas corpus. Accordingly, the court **DENIES** defendant's motion without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, counsel of record, and the Probation Office of this court.

IT IS SO ORDERED this 3rd day of April, 2020.

ENTER:

David A. Faber
Senior United States District Judge

---

[1] The court does not construe defendant's letter as a motion to replace his current counsel for his sentencing hearing.