```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL No. 1:19-00159

ARUN DHAVAMANI

### MEMORANDUM OPINION AND ORDER

On April 30, 2020, defendant filed a letter-form motion which the court construes as requesting release on bond while awaiting sentencing.  (ECF No. 99.)  Defendant's sentencing date is currently set for June 2, 2020, (see ECF No. 97), though the court notes that the sentencing hearing has already been postponed four times due to problems securing an interpreter and delays due to the ongoing COVID-19 pandemic.  (See ECF Nos. 78, 81, 86, 90, 97.)  The United States is hereby **ORDERED** to file a response to defendant's letter-form motion requesting release on bond pending sentencing, (ECF No. 99), no later than May 11, 2020.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, to counsel of record, and to the United States Probation Office.

IT IS SO ORDERED this 5th day of May, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge