```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL No. 1:19-00159

ARUN DHAVAMANI

### AMENDED MEMORANDUM OPINION AND ORDER

On April 30, 2020, defendant filed a letter-form motion which the court construes as requesting release on bond while awaiting sentencing.[1] (ECF No. 99.) Defendant's sentencing date is currently set for June 2, 2020, (see ECF No. 97), though the court notes that the sentencing hearing has already been postponed four times due to problems securing an interpreter and

---

[1] While defendant is represented by counsel, W. Michael Frazier, defendant filed this letter-form motion personally. The court had previously received another letter-form motion sent by defendant himself, (ECF No. 91), in which defendant requested the court appoint him counsel to aid him in filing an appeal and a habeas corpus petition. The court does not construe any of defendant's letters as making a motion to replace his current counsel for his sentencing hearing. (See ECF No. 92, n.1.)

Defendant is reminded that he is represented by counsel and any further motions and responses should be filed by his attorney on his behalf. See United States v. Singleton, 107 F.3d 1091, 1103 (4th Cir. 1997) (upholding discretion of district court to restrict hybrid representation); United States v. Dawkins, 2010 WL 3607480, *1 (D.S.C. Sept. 9, 2010) (disregarding pro se motion that had not been adopted by defendant's counsel as improvidently filed).

delays due to the ongoing COVID-19 pandemic.  (See ECF Nos. 78, 81, 86, 90, 97.)  The United States is hereby **ORDERED** to file a response to defendant's letter-form motion requesting release on bond pending sentencing, (ECF No. 99), no later than May 11, 2020.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to defendant, to counsel of record, and to the United States Probation Office.

IT IS SO ORDERED this 6th day of May, 2020.

ENTER:

David A. Faber
Senior United States District Judge